AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Western District of Texas

**FILED**
August 22, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____RR_____
DEPUTY

Windmill Wellness Ranch LLC, et. al

)
)
)  Civil Action No.  5:23-cv-00034-DAE
)
)

H-E-B, Inc., et. al
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The Court GRANTS Defendants' Motion for Summary Judgment, and Plaintiffs' claims are hereby DISMISSED WITH PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  David Ezra

Date:  08/22/2024

*CLERK OF COURT*  PHILIP J. DEVLIN

*Rose Rodriguez*
*Signature of Clerk or Deputy Clerk*